HUNTS POINT FINANCE CORPORATION, Appellant, *v.* JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, et al., Respondents.

(Submitted January 4, 1932; decided January 6, 1932.)

*John J. Bennett, Jr., Attorney-General (Robert P. Beyer of counsel), for motion.*

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.